**Order entered July 5, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00099-CR

**PATRICK ADGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56945-S**

## ORDER

Appellant's June 30, 2016 motion to extend the time to file appellant's pro se response to counsel's *Anders* brief is **GRANTED** to the extent the Court **EXTENDS** the time to file appellant's pro se response to **August 29, 2016**.

/s/ LANA MYERS
JUSTICE